ASHE v. MOTOR LINES

No. 125 PC.

Case below: 25 N.C. App. 657.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

AYERS v. BROWN

No. 124 PC.

Case below: 25 N.C. App. 476.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 June 1975.

BLAIR v. FAIRCHILDS

No. 118 PC.

Case below: 25 N.C. App. 416.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

BLUE CROSS AND BLUE SHIELD v. INSURANCE CO.

No. 128 PC.

Case below: 25 N.C. App. 578.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

CARDWELL v. WELCH

No. 112 PC.

Case below: 25 N.C. App. 390.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.